THE STATE EX REL. DAIMLERCHRYSLER CORPORATION, APPELLANT,
*v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. DaimlerChrysler Corp. v. Indus.
Comm.,* 98 Ohio St.3d 507, 2003-Ohio-2261.]

(No. 2002–1676—Submitted February 25, 2003—Decided May 7, 2003.)

{¶ 1}  The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

Eastman & Smith, Ltd., Thomas J. Gibney and Carrie L. Sponseller, for appellant.

Jim Petro, Attorney General, and Cheryl J. Nester, Assistant Attorney General, for appellee.